Claudia M. Vetesi (CA SBN 233485)
CVetesi@mofo.com
Lydia Davenport (CA SBN 340138)
LDavenport@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

Nicole Ozeran (CA SBN 302321)
NOzeran@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone:   213.892.5200
Facsimile:   213.892.5454

Attorneys for Defendant
OLLY PUBLIC BENEFIT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOPE MURPHY, CAROL LESH, and EMILY JIANG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLLY PUBLIC BENEFIT CORPORATION,<br><br>Defendant. | Case No. 3:22-cv-03760-CRB<br><br>**DECLARATION OF VONNIE JETER IN SUPPORT OF DEFENDANT OLLY PUBLIC BENEFIT CORPORATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**<br><br>Courtroom:    6 – 17th Floor<br>Judge:         Charles R. Breyer<br>Trial Date:    Not Yet Set<br><br>Date Action Filed: June 24, 2022 |

JETER DECLARATION ISO DEFENDANT'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:22-CV-03760-CRB

I, Vonnie Jeter, hereby declare as follows:

1.     I am the Sr. Creative Ops Director for Defendant Olly Public Benefit Corporation ("Defendant").  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to these facts if called as a witness.  I submit this Declaration in support of Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion") and Defendant's Request for Judicial Notice in Support of Its Motion to Dismiss Plaintiffs' First Amended Complaint ("RJN").

2.     As part of my regular job duties, I regularly view product labels and am aware of the labels used for Defendant's melatonin products between June 24, 2018 and the present.

3.     Attached as **Exhibit A** to the RJN are true and correct copies of the front and back labels for Defendant's Sleep Strawberry Sunset.  These front and back labels were used during the proposed class period.

4.     Attached as **Exhibit B** to the RJN are true and correct copies of the front and back labels for Defendant's Kids Sleep.  These front and back labels were used during the proposed class period.

5.     Attached as **Exhibit C** to the RJN are true and correct copies of the front and back labels for Defendant's Immunity Sleep + Elderberry.  These front and back labels were used during the proposed class period.

6.     Attached as **Exhibit D** to the RJN are true and correct copies of the front and back labels for Defendant's Extra Strength Sleep.  These front and back labels were used during the proposed class period.

7.     Attached as **Exhibit E** to the RJN are true and correct copies of the front and back labels for Defendant's Sleep Blackberry Zen.  These front and back labels were used during the proposed class period.

8.     Attached as **Exhibit F** to the RJN are true and correct copies of the front and back labels for Defendant's Muscle Recovery Sleep.  These front and back labels were used during the proposed class period.

9.      Attached as **Exhibit G** to the RJN are true and correct copies of the front and back labels for Defendant's Immunity Sleep.  These front and back labels were used during the proposed class period.

10.     Attached as **Exhibit H** to the RJN are true and correct copies of the front and back labels for Defendant's Ultra Strength Sleep.  These front and back labels were used during the proposed class period.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of September, 2022, in San Francisco, CA.

By:  _Vonnie Jeter_
_____
Vonnie Jeter