Claudia M. Vetesi (CA SBN 233485)
CVetesi@mofo.com
Lydia Davenport (CA SBN 340138)
LDavenport@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Janie Buckley (admitted pro hac vice)
JBuckley@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

Attorneys for Defendant
OLLY PUBLIC BENEFIT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HOPE MURPHY, CAROL LESH, EMILY JIANG, MICHELE BACUS, AND DAMANY BROWNE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

OLLY PUBLIC BENEFIT CORPORATION,

Defendant.

Case No. 3:22-cv-03760-CRB

**DECLARATION OF VONNIE JETER IN SUPPORT OF DEFENDANT OLLY PUBLIC BENEFIT CORPORATION'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**

Courtroom: 6 – 17th Floor
Judge: Charles R. Breyer
Trial Date: Not Yet Set

Date Action Filed: June 24, 2022

I, Vonnie Jeter, hereby declare as follows:

1. I am the Sr. Creative Ops Director for Defendant Olly Public Benefit Corporation ("Defendant"). I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to these facts if called as a witness. I submit this Declaration in support of Defendant's Motion to Dismiss Plaintiffs' Third Amended Complaint ("Motion") and Defendant's Request for Judicial Notice in Support of Its Motion to Dismiss Plaintiffs' Third Amended Complaint ("RJN").

2. As part of my regular job duties, I regularly view product labels and am aware of the labels used for Defendant's melatonin products between June 24, 2018 and the present.

3. Attached as **Exhibit A** to the RJN are true and correct copies of the front and back labels for Defendant's Kids Sleep. These front and back labels were used throughout the period from January 2022 to the present.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of March, 2023, in San Francisco, CA.

By: Vonnie Jeter
Vonnie Jeter