UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE MURPHY, et al.,<br><br>         Plaintiffs,<br><br>     v.<br><br>OLLY PUBLIC BENEFIT CORPORATION,<br><br>         Defendant. | Case No. 22-cv-03760-CRB   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Re: Dkt. No. 91 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. The undersigned has reviewed Plaintiff's Notice of Discovery Dispute and Request for Referral to Magistrate Judge, ECF No. 90. Considering the notice, the parties shall comply with the procedures set forth in Part F.5 of Judge Cisneros's Standing Order, available at https://cand.uscourts.gov/lisa-j-cisneros/.

**IT IS SO ORDERED.**

Dated: October 20, 2023

LISA J. CISNEROS
United States Magistrate Judge