1  Claudia M. Vetesi (CA SBN 233485)
   CVetesi@mofo.com
2  Lydia Davenport (CA SBN 340138)
   LDavenport@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:   415.268.7000
5  Facsimile:    415.268.7522

6  Janie Buckley (admitted pro hac vice)
   JBuckley@mofo.com
7  MORRISON & FOERSTER LLP
   250 West 55th Street
8  New York, New York 10019-9601
   Telephone:   212.468.8000
9  Facsimile:    212.468.7900

10 Attorneys for Defendant
   OLLY PUBLIC BENEFIT CORPORATION
11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16 | HOPE MURPHY, CAROL LESH, EMILY JIANG, MICHELE BACUS, AND DAMANY BROWNE, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-03760-CRB
17 | | **STIPULATION AND [~~PROPOSED~~] ORDER STAYING DEADLINES PENDING FINALIZATION OF SETTLEMENT**
18 | Plaintiffs, |
19 | v. |
20 | OLLY PUBLIC BENEFIT CORPORATION, | Judge: Hon. Charles R. Breyer
21 | Defendant. | Trial Date: Not Yet Set
22 | | Date Action Filed: June 24, 2022
23 | | TAC Filed: February 16, 2023

24

25

**STIPULATION**

Plaintiffs Hope Murphy, Carol Lesh, Emily Jiang, and Michele Bacus ("Plaintiffs") and Defendant Olly Public Benefit Corporation ("Olly") (collectively, the "Parties"), by and through their undersigned counsel, submit this Stipulation and Proposed Order Staying Deadlines Pending Finalization of Settlement to request that the Court stay further deadlines for forty-five (45) days, pending the Parties' finalization of settlement and stipulation of dismissal of the case.

WHEREAS, the Parties have reached an agreement in principle, resolving their dispute over Plaintiffs' individual claims (the "Agreement") that will result in the parties filing a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of Plaintiffs' claims with prejudice, and a dismissal of claims brought on behalf of the putative class without prejudice[1];

WHEREAS, the Parties wish to avoid the expense of continued litigation, and unnecessarily burdening the Court, in view of the above-referenced resolution;

WHEREAS, the Court set a case schedule in its July 17, 2023 Case Management Scheduling Order, with upcoming discovery deadlines;

WHEREAS, the Parties agree that temporarily staying all deadlines in this Action for forty-five (45) days, to January 22, 2024 while the parties work to finalize the resolution, is prudent and will conserve party and judicial resources. The parties anticipate that they will be in position to file a stipulation of voluntary dismissal prior to the expiration of the forty-five day period.

THEREFORE, IT IS HEREBY STIPULATED that:

- All proceedings and deadlines are stayed for forty-five days, or until January 22, 2024.

---

[1] Plaintiff Damany Browne previously agreed to voluntarily dismiss his claims with prejudice (Dkt. 97). The agreement in principle would resolve the claims of all remaining Plaintiffs (and thus resolve this entire action).

| | | |
|---|---|---|
| 1 | Dated: December 7, 2023 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Claudia M. Vetesi* |
| 4 | | Claudia M. Vetesi |
| 5 | | *Attorneys for Defendant*<br>Olly Public Benefit Corporation |
| 6 | | |
| 7 | Dated: December 7, 2023 | DOVEL & LUNER, LLP |
| 8 | | |
| 9 | | B*y:*  */s/ Jonas B. Jacobson*<br>Jonas B. Jacobson |
| 10 | | |
| 11 | | *Attorneys for Plaintiffs*<br>Hope Murphy, Carol Lesh, Emily Jiang, Michele Bacus, and Damany Browne |

### ECF ATTESTATION

I, Claudia M. Vetesi, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that Jonas Jacbson has concurred to this filing.

Dated: December 7, 2023                MORRISON & FOERSTER LLP

By: */s/ Claudia M. Vetesi*
Claudia M. Vetesi

*Attorneys for Defendant*
Olly Public Benefit Corporation

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, the above-captioned action, including all current deadlines, is hereby stayed for forty-five days. If by January 22, 2024 the parties have not yet submitted of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of Plaintiffs' claims with prejudice, and a dismissal of claims brought on behalf of the putative class without prejudice, the parties shall file a joint status update on January 23, 2024.

**IT IS SO ORDERED**.

Dated:   December 8, 2023

_____
The Honorable Charles R. Breyer
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
STAYING DEADLINES PENDING
FINALIZATION OF SETTLEMENT    3
3:22-CV-03760-CRB