Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hope Murphy, Carol Lesh, Emily Jiang, Michele Bacus, and Damany Browne, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> Olly Public Benefit Corporation, <br><br> *Defendant*. | Case No. 3:22-cv-03760-CRB <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice against Defendant Olly Public Benefit Corporation pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own costs, expenses, and attorney's fees (except if otherwise agreed by the parties).

Dated: December 20, 2023                    Respectfully submitted,


By: /s/ Jonas Jacobson                       By: /s/ Claudia M. Vetesi (with permission)

Jonas B. Jacobson (Cal. Bar No. 269912)      Claudia M. Vetesi (CA SBN 233485)
jonas@dovel.com                              CVetesi@mofo.com
Simon Franzini (Cal. Bar No. 287631)         Lydia Davenport (CA SBN 340138)
simon@dovel.com                              LDavenport@mofo.com
Grace Bennett (Cal. Bar No. 345948)          MORRISON & FOERSTER LLP
grace@dovel.com                              425 Market Street
DOVEL & LUNER, LLP                           San Francisco, California 94105-2482
201 Santa Monica Blvd., Suite 600            Telephone: 415.268.7000
Santa Monica, California 90401               Facsimile: 415.268.7522
Telephone: (310) 656-7066
Facsimile: (310) 656-7069                    Janie Buckley (admitted pro hac vice)
                                             JBuckley@mofo.com
*Counsel for Plaintiffs*                     MORRISON & FOERSTER LLP
                                             250 West 55th Street
                                             New York, New York 10019-9601
                                             Telephone: 212.468.8000
                                             Facsimile: 212.468.7900

                                             *Attorneys for Defendant*

**ATTESTATION OF COMPLIANCE**

Pursuant to Local Rule 5-1(h)(3), I certify that the content of this document is acceptable to Claudia M. Vetesi, attorney for Defendant, and that I obtained authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

                                                    */s/ Jonas Jacobson*
                                                    Jonas Jacobson